**FILED** FEB 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOVAN ESCALANTE,

Defendant.

No. 1:18 MJ 00032 EPG

[PROPOSED] SEALING ORDER

**(UNDER SEAL)**

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, affidavit and arrest warrants in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Jeffrey A. Spivak and this court's sealing order, be kept under until further order of the Court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

2/20/18
DATED

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE