1 McGREGOR W. SCOTT
  United States Attorney
2 JEFFREY A. SPIVAK
  Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
  Fresno, CA 93721
4 Telephone: (559) 497-4000
  Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
  United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-0032 EPG |
|---|---|
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| JOVAN ESCALANTE, | |
| Defendant. | |

This complaint sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to JOVAN ESCALANTE, and be made public record.

DATED: February 12, 2018

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

MOTION TO UNSEAL COMPLAINT          2